# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 21, 2012

**BY HAND DELIVERY**
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, New York 10007

Re:   United States v. Ismael Canales, 11 Cr. 676 (RJS)

Dear Judge Sullivan:

I write on in further support of my client, Ismael Canales, in advance of his sentencing scheduled for June 29.

After I submitted my initial letter on Mr. Canales's behalf, I received additional letters of support from his friends and family. Attached are letters from Rev. Jose Palau, Rev. Richard Potter, Edward Canales, and Lisa Miderez. I hope the Court will consider these letters in determining the sentence to be imposed in this case.

I thank the Court for its time and attention to this matter.

Respectfully submitted,

Peggy Cross-Goldenberg
Assistant Federal Defender
212-417-8732

cc:   AUSA Sarah Paul
      AUSA Alvin Bragg

Honorable Richard J. Sullivan
United States District Judge :



6/14/12

    I, José A. Palau, am residing at                 Ocala, Florida    ).
Allow me to inform you that I have known the Canales Family for 24 years. They are a Christian family of excellent character. They have raised their children in the family's fold, teaching them to respect others, and excellent familial nurturing. I was a Pastor in the Bronx, New York before moving to Ocala. I saw the young man Ismael Canales Jr. grow up, as well as Ivan M. Canales. They attended my church from an early age. They spent time with my children when they came to visit me at home in the Bronx. He played and interacted with my children and the children of the congregation (members). When I took my family to a rural area where my friend and sister in Christ, Laura Lebrón lived in Monticello, New York in Sullivan County, they help cut the grass, clear the overgrowth, paint the bungalows, and many other things we taught them such as how to run a campground and a missionary hotel/hostel. We would get together around a fire and spent time just talking and cooking food on the grill.
They played sports and entertained themselves by watching movies in the property's main house. They would come with us to the store when we went food shopping so they could have pizza and ice cream. They are kind hearted young men, who are endearing and humble. Like all young men at that age they would get into mischief at times, but they knew how to apologize and show respect. I know that what they did that has brought them before you for sentencing is improper. They have to learn not to repeat these things but I also know that we as pastors in our communities and as good friends of the Canales Family will be here to provide support for their released to do what is right, not the wrong they have done. I implore you as a father to be merciful in your sentence. Please do not impose a sentence of too many years upon them. Allow them to raise their children with the best manners and a suitable lifestyle. We are distraught, and we have respect for the law, one of our children is the Sheriff in Ocala, Florida. You have my deepest gratitude for reading this letter, and showing compassion towards the Canales young men. If you need to contact us at anytime or for us to certify (the material in) this letter by telephone, you can reach us at this number 352.454.7101.


Thank you
Rev. José A. Palau
Wife: María Palau

Ocala, Florida

Letter_for_Leslie.txt

June 15th, 2012

Dear Honorable Richard J. Sullivan:

    This letter is to certify that we Rev.James Richard Potter and Mrs. Neldy Potter have known, Ismael Canales Jr., for over 25 years.
 We have seen him grow up with our children and they have all formed part of the church groups for children and youth and they all together grew up with the best up bringing and good family values that we had to offer to them all. Ismael was always a good young man and our familys where very close his parents where pastors and kept them all
together within our family bonds and values. We socialized alot as a family both in and out of church and we did many things together as a family with our children and friends
and other family members as well as other pastors that are our close friends.

    For over 25 years, and still counting we continue to gather and look for ourselves as family and keep in touch wherever we may be. Ismael was always a good youngman that was very helpful, kind and outgoing, very respectful to those around him and to us as well he always got along very well with our children and till this day they continue to have a good relationship as well as with us with the respect of aunt and uncle that he gives us and remains respectful when we advise him. He has never demonstrated any disrespect or indifference towards us and remains to still be the man that we respect and love. Always offering us the same kind of love and and respect that we offer to him.

    We understand that he's choosen some bad decisions in life due to following of others in wrong crowds, that has brought him before you today to pass sentencing.
 As a enforcer of the law it is important you know that we will be here as good leaders of the community to help you and the goverment help reform his ways and wrong choices in life.
We will take this very seriously and stand by him. Asking of you that his sentencing not be so many years of his life and taking away of him raising his son and showing his own family a better way in life than what he choose to do in his youth, which was wrong.He has an awesome heart please we ask his sentencing not be so many years and
leave his chance of bettering himself in your decision today.

   Should you have any questions, please feel free to contact us at 352-245-1498. We will be more than happy to answer any questions that you may have.
   Please be blessed and know that we are here to answer any questions that you may have.


Attentively,



Rev. James Richard Potter
Mrs. Neldy Potter
Address: REDACTED
Ocala Florida
Home: 352-

Page 1

Edward Canales

REDACTED

Ocala, Fl
(352)

June 16, 2012

Dear;
Honorable Richard J. Sullivan
United States District Judge


    I am writing in regards to my two younger brothers, Ivan Canales and Ismael Canales Jr. I would like to begin with a sincere apology for the both of them. Costing the state thousands of dollars and not forgetting to mention, having to have you make a dramatic decision on their lives. God be with you judge, and may he continue to provide you with strength to lift some of the weight you had to endure in your line of work. I love my brothers very dearly. I also believe in our judicial system, for without it we would most certainly be an uncivilized and chaotic society without a doubt. No crime should go unpunished not even my brothers.
    Ivan and Ismael made some wrong choices in their lives but I know that given the chance they have the potential to change their lives for the better. Unfortunately poverty has stricken my family very hard and choices where made that should have never crossed my little brother's mind. I ask, please by all means judge them well, but with mercy, giving them a chance to prove to us and to society that with perseverance mistakes can be challenged and used to make us a better person in society.

        Sincerely,

        Edward Canales

Lisa Miderez

REDACTED

Ocala, Fl
(352)

June 16, 2012

Dear Honorable Richard J. Sullivan
United States District Judge

My name is Lisa Miderez and I am writing this letter in regards to my brother in law Ismael Canales Jr. I reside in Ocala Fl with my husband Edward Canales and family. I am a stay at home mom with four children.

I have known Ismael for twenty years. I watched him grow from a young kid to the man he is today. He comes from a big family and was raised in a good home with Christian family values. Ismael has always to been respectful and outgoing and takes care of others. He is a good father and a great uncle. Ismael would always take my children along with his own to the movies and the park. He is very responsible and trustworthy. He is very family oriented, attending importance to his son, my children and the entire family and we love him very much.

   All though Ismael has made some bad choices and decisions that may have led him to this path, he has a good heart and wants to do what is right. Ismael has a good head on his shoulders, and knowing him the way I do he will take this time to reflect on his life and what he has done and do the right thing to better himself so he could be a productive law abiding citizen.

Sincerely,

Lisa Miderez