# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 21, 2015

**BY EMAIL AND ECF**

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, NY 10007

Re: **United States v. Ismael Canales**, 11 Cr. 676 (RJS)
**Motion for Reduction of Sentence under 18 U.S.C. § 3582(c)(2)**

Dear Judge Sullivan:

I write in support of Mr. Canales's motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10. Under Amendment 782 to the Sentencing Guidelines, made retroactive by the Sentencing Commission, see U.S.S.G. § 1B1.10(d) (November 1, 2014, edition), the Guidelines range applicable to Mr. Canales's case has been lowered to 121 to 151 months. Probation has concluded that Mr. Canales is eligible for a reduction of his sentence. By letter dated August 7, 2015 (the "Gov't Ltr."), the Government indicated that it does not oppose a reduction of sentence for Mr. Canales. Under all of the circumstances set forth more fully below, a sentence of 121 months' imprisonment, the bottom of the amended Guidelines range, is appropriate at this time.

Although the requested Order reducing the defendant's sentence cannot result in Mr. Canales's release from custody before November 1, 2015, see id. § 1B1.10(e)(1), the Guidelines explicitly authorize the Court to enter such an Order anytime after November 1, 2014. See id. § 1B1.10, comment. (n.6). I therefore ask the Court to reduce Mr. Canales's sentence to 121 months at this time.

1

Hon. Richard J. Sullivan                        August 21, 2015
United States District Judge

Re:  <u>United States v. Ismael Canales</u>, 11 Cr. 676 (RJS)
     Motion for Reduction of Sentence under 18 U.S.C. §
     3582(c)(2)

A.   <u>Background</u>

     Your Honor sentenced Mr. Canales on July 2, 2012 to a term
of 150 months, one month below the bottom of the Guidelines
range. At that time, the Court found that Mr. Canales's total
offense level was 33 and he was in criminal history category II,
with a corresponding Guidelines range of 151 to 188 months.

     Amendment 782 to the Guidelines, made retroactive by the
Commission on November 1, 2014, reduces the base offense level
for most drug offenses by two. Under the Amendment, Mr. Canales
would face a reduction in his base offense level from 34 to 32.
<u>See</u> U.S.S.G. § 2D1.1(c)(5) (November 1, 2014, edition), which
with applicable adjustments would reduce his total offense level
to 31. At offense level 31 and criminal history category I, the
amended range is 121 to 151 months' imprisonment.

     On July 7, 2015, the Court appointed the Federal Defenders
to represent Mr. Canales in connection with his motion for
resentencing. On July 7, the Government indicated that it does
not oppose a resentencing in this case to a term within the
amended Guidelines range. For the reasons that follow, the Court
should reduce Mr. Canales's term of imprisonment to 121 months'
imprisonment, the bottom of the amended range. <u>See</u> U.S.S.G. §
1B1.10(b)(2)(A) (court authorized to "reduce the defendant's term
of imprisonment . . . to a term that is . . . the minimum of the
amended guideline range . . . .").

B.   <u>The Court should reduce Mr. Canales's Sentence to 121</u>
     <u>months, the bottom of the amended range</u>

     To determine the extent of a sentencing reduction under §
3582(c)(2) for an eligible defendant, a court "shall consider the
factors set forth in 18 U.S.C. § 3553(a)" as well as "public
safety consideration[s]" (including "the nature and seriousness
of the danger to any person or the community that may be posed by
a reduction") and the defendant's "post-sentencing conduct."
U.S.S.G. § 1B1.1, comment. (n.1(B)). These considerations warrant
a sentence of 121 months, the bottom of the amended range.

2

Hon. Richard J. Sullivan                          August 21, 2015
United States District Judge

Re:  **United States v. Ismael Canales**, 11 Cr. 676 (RJS)
     **Motion for Reduction of Sentence under 18 U.S.C. §**
     **3582(c)(2)**

     The BOP Progress report prepared for Mr. Canales shows that
he has made good, productive use of his time in custody. Prior to
his sentencing, he completed the Drug Abuse Education Course.
Following his sentencing, he has completed courses related to his
GED, commercial driving, career skills, planning and budgeting,
computer skills, Spanish, parenting, stress management, and
victim impact awareness.  See Exh. A (certificates of completion
and transcript).  Mr. Canales has served his sentence at FCI
McDowell in West Virginia, FCI Otisville in New York, FCI Danbury
in Connecticut, and recently was transferred to Fort Dix.  A
program review, issued while he was at FCI Danbury in June 2014,
is attached as Exhibit B.  It indicates that Mr. Canales has no
disciplinary history while serving his sentence.  See Exh. B at
3.  We do not yet have a copy of his most recent program review
from Fort Dix to submit to Your Honor. As the government
discusses in its August 7, 2015 letter to the Court, Mr. Canales
was sanctioned for an incident that occurred at the MCC prior to
his sentencing.  But, as the government notes, "[c]onsidering the
nature and age of this incident, and in light of the fact that
the defendant has not been subject to any disciplinary sanctions
since that time, . . . [Mr. Canales's] prison disciplinary
records do not counsel against a sentence reduction."  Gov't Ltr.
at 4.  Furthermore, the presence of the gun was factored into Mr.
Canales's original disposition and sentence, and "there are no
additional or new concerns with respect to violence."  Id.

     There is nothing about Mr. Canales's case that would suggest
that he presents a risk to public safety such that a reduction
should not be granted and there is nothing about his post-
sentencing conduct that would make a sentence reduction
inappropriate, see U.S.S.G. § 1B1.10, comment. (n.1(B)). As the
Court noted in its Statement of Reasons following the imposition
of a sentence one month below the bottom of Mr. Canales's
original guidelines range, Mr. Canales was cooperative upon
arrest and informed the authorities about the location of the
gun, he has significant family support, and he has demonstrated
sincere remorse for his actions.  The Court also noted that Mr.
Canales's longest previous sentence was twenty five days in
custody.  In light of all of these facts and circumstances, the
defense submits that reducing Mr. Canales's sentence to 121
months is appropriate at this time.

Hon. Richard J. Sullivan                           August 21, 2015
United States District Judge

Re:  <u>United States v. Ismael Canales</u>, 11 Cr. 676 (RJS)
     <u>Motion for Reduction of Sentence under 18 U.S.C. §
     3582(c)(2)</u>

C.   <u>Conclusion</u>

     In reducing the offense level for drug offenses and making
the reduction retroactive, the Sentencing Commission indicated
that one of the primary reasons for the amendment was to reduce
the federal prison population and alleviate overcrowding. In
addition, the Commission found that the reduction was not likely
to jeopardize public safety, citing its own studies that showed
"no statistically significant difference" in recidivism rates for
those persons whose sentences were reduced by the retroactive
amendments to crack cocaine sentences in 2007 compared to a
control group that served their entire sentence. <u>See</u> U.S.S.G.
App. C, Amend. 782, <u>Reason for Amendment</u> (2014).

     The longest Mr. Canales had served in jail prior to his
arrest on this case was twenty five days. Given his excellent
post-sentencing conduct, his is precisely the case for which this
amendment was intended. For all of the above reasons, including
the Government's failure to show cause why Mr. Canales's sentence
should not be reduced, the Court should reduce Mr. Canales's
sentence to a term of 121 months' imprisonment under the
authority of 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10.

                              Respectfully submitted,

                              **Peggy Cross-Goldenberg**
                              **Supervising Trial Attorney**
                              Federal Defenders of New York
                              (212) 417-8732

cc:  AUSA Sarah E. Paul
     Mr. Ismael Canales
     Register No. 65473-054

# Exhibit A

# United States Department of Justice

## Federal Bureau of Prisons

### Certificate of Achievement in Drug Education

## ISMAEL CANALES

has satisfactorily completed the
requirements for the forty hour
**DRUG ABUSE EDUCATION COURSE**
and is hereby awarded this

_D. A. P. Coordinator_

Date: 11/5/2011

_Drug Treatment Specialist_

# Certificate of Completion

## Adult Continuing Education

THIS CERTIFICATE OF COMPLETION IS PRESENTED TO

ISMAEL CONALES

FOR SUCCESSFULLY COMPLETING

CDL

FCI MCDOWELL
EDUCATION DEPARTMENT

ACE COORDINATOR

DATE
09-27-2012



# Certificate of Completion

Presented to

## Ismael Canales

For successfully completing
*Career Skills*
*A.C.E. Program*

FCI McDowell
Welch, WV

_____
Signature

10-1-2012

_____
Date



# Certificate of Completion

Presented to

## Ismael Canales

For successfully completing

### Planning and Controlling Budgets
### A.C.E. Program

FCI McDowell
Welch, WV



Signature

10-01-2012

Date






# Certificate of Completion

Presented to

## Ismael Canales

For successfully completing

*Mozilla Firefox Internet Navigation*
*A.C.E. Program*

FCI McDowell
Welch, WV

_____
Signature

_____
Date

10-01-2012





# Certificate of Completion

Presented to

## Ismael Canales

*For successfully completing*

**Spanish 1**
**A.C.E. Program**

*FCI McDowell*
*Welch, WV*



_____
Signature

_____
Date

10-22-2012



# Certificate of Completion

*Presented to*

# Ismael Canales

*For successfully completing*
*Touch Typing Keyboarding*
*A.C.E. Program*

FCI McDowell
Welch, WV

---
Signature

---
10-22-2012
Date



# Certificate of Completion

This is to certify that:

ISMAEL CANALES

Has successfully completed the

SYSTEMATIC TRAINING FOR EFFECTIVE PARENTING

Requiring __16__ hours of Training

In Witness Thereof the Undersigned

Given this __16__ day of __October__, two thousand __13__

_Ms. M. Santiago_
Parenting Coordinator

# Certificate of Completion

VICTIM

Presented To

## Ismael Canales

65473-054

This is to certify the above named individual has successfully completed the

*Victim Impact Workshop*

at the

Federal Correctional Facility Otisville, in Otisville, New York,

on this 19th day of September, 2013



E.M. Dariotis
Drug Treatment Specialist
Staff Sponsor

Victims' Voices

# Certificate of Achievement

For Your Accomplishment in Participating and Graduating from

## Systematic Training for Effective Parenting

Has been awarded this Certificate of Achievement

# Ismael Canales

On this 9th, Day of January, 2014

**M. Santiago**
**Program Coordinator**



# Certificate of Completion

Presented to:

## ISMAEL CANALES

For Completion of the

## TRAUMATIC STRESS & RESILIENCE WORKSHOP

FCI Danbury
August 28, 2014

D. Pari, Psy.D.
Resolve Program Coordinator

```
DANAA          *        INMATE EDUCATION DATA        *      05-27-2014
PAGE 001 OF 001 *            TRANSCRIPT              *      09:21:27

REGISTER NO: 65473-054    NAME..: CANALES                FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: DAN-DANBURY FCI
```

```
------------------------ EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
DAN  ESL HAS    ENGLISH PROFICIENT       08-10-2012 0001 CURRENT
DAN  GED HAS    COMPLETED GED OR HS DIPLOMA  05-27-2014 0914 CURRENT
```

```
-------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE  EVNT AC LV  HRS
OTV GP     PRE-GED 9-11 CLASS 3     09-07-2013 05-21-2014  P  W  I   262
OTV GP     SPANISH STEP FOR PARENTING 10-30-2013 11-07-2013 P  C  P    16
MCD        (A)KEYBOARDING-CAI       09-10-2012 10-22-2012  P  C  P    25
MCD        (L) SPANISH LEVEL 1-CAI  09-10-2012 10-22-2012  P  C  P    20
MCD        (V) RESUME SKILLS-CAI    09-10-2012 10-01-2012  P  C  P    10
MCD        (A) INTERNET FIREFOX-CAI 09-10-2012 10-01-2012  P  C  P    20
MCD        (D) PERSONAL FINANCIAL-CAI 09-10-2012 10-01-2012 P .C  P    10
MCD        COMMERCIAL DRIVERS LICENSE 08-07-2012 09-25-2012 P  C  P    12
```

```
-------------------------- HIGH TEST SCORES ----------------------------
TEST       SUBTEST       SCORE   TEST DATE    TEST FACL   FORM      STATE
TABE E     BATTERY       4.4     09-06-2012   MCD         9
           LANGUAGE      2.3     09-06-2012   MCD         9
           MATH APPL     5.9     09-06-2012   MCD         9
           MATH COMP     5.4     09-06-2012   MCD         9
TABE M     READING       6.1     09-06-2012   MCD         9
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# Marque Learning Center

## Whereas

### Ismael Canales

has satisfactorily completed the necessary requirements
of study as prescribed by school administrators and is thereby presented
with this

## High School Diploma

and is entitled to all the rights and privileges pertaining thereto.

Dated this Twenty-Second Day of April,

Two Thousand Fourteen.

_____
Director

_____
Principal

_____
Rebecca Oliva
Administrator

_____
Linda B. Olsen
Secretary



# Marque Learning Center

11811 East Freeway # 300
Houston, TX 77029

A Private Home School Organization
9th - 12th Grade

**Name:** Ismael Canales
**Address:** 9830 57th Ave. Apt. 170
**City, State & Zip:** Corona, NY 11368

**Social Security #** xxx-xx-5705
**Date of Birth:** 12/22/1978
**Phone Number:** 347-439-4025

## Semester I

| Course | Grade | Credits |
|---|---|---|
| English Language Arts I | 70 | 1 |
| Algebra I A | 94 | 1 |
| Algebra I B | 96 | 1 |
| World History | 99 | 1 |
| Biology | 96 | 1 |
| Physical Education | 100 | 1 |
| Practical Writing Skills | 80 | 0.5 |
| **Total Credits:** | | 6.5 |

## Semester II

| Course | Grade | Credits |
|---|---|---|
| English Language Arts II | 70 | 1 |
| Math Models w/ Appl I A | 96 | 1 |
| Math Models w/ Appl I B | 88 | 1 |
| U.S. History | 99 | 1 |
| Chemistry | 84 | 1 |
| Bible | 100 | 1 |
| Creative Writing | 90 | 0.5 |
| **Total Credits:** | | 6.5 |

## Semester III

| Course | Grade | Credits |
|---|---|---|
| English Language Arts III | 76 | 1 |
| Algebra II A | 88 | 1 |
| Algebra II B | 80 | 1 |
| Economics | 92 | 0.5 |
| Physics | 84 | 1 |
| Elective | 100 | 1 |
| Elective | 100 | 1 |
| **Total Credits:** | | 6.5 |

## Semester IV

| Course | Grade | Credits |
|---|---|---|
| English Language Arts IV | 85 | 1 |
| Geometry | 78 | 1 |
| Geography | 80 | 1 |
| Government | 80 | 0.5 |
| Astronomy | 92 | 1 |
| Elective | 100 | 1 |
| Elective | 100 | 1 |
| **Total Credits:** | | 6.5 |

**Total Credits:** 26

**Date of Graduation:** April 22, 2014

For inquiries: 713-453-0310

65473-054

# Exhibit B

Department of Justice
## INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
## Current Program Review: 06-10-2014



| | | | |
|---|---|---|---|
| **Name:** | CANALES, ISMAEL | **Institution:** | DANBURY FCI |
| **Register Number:** | 65473-054 | | ROUTE 37 |
| **Security/Custody:** | LOW/IN | | DANBURY, CT 06811 |
| **Projected Release:** | 07-09-2022 / GCT REL | **Telephone:** | (203) 743-6471 |
| | | **Fax:** | 700-642-9071 |

| | | | |
|---|---|---|---|
| **Next Review Date:** | | **Driver's License/State:** | / |
| **Next Custody Review Date:** | 03-12-2015 | **FBI Number:** | 671808JB0 |
| **Age/DOB/Sex:** | 35    1978 / M | **DCDC Number:** | |
| **CIM Status:** | Y | **INS Number:** | |
| | If yes, reconciled: Y | **PDID Number:** | |
| | | **Other IDs:** | |

| | | | |
|---|---|---|---|
| **Release Residence:** | Ismael Canales, father | **Release Employer:** | [Name] |
| | ~~REDACTED~~ | | [Address] |
| | | | [POC] |
| **Telephone:** | | **Contact** | |
| | | **Telephone:** | |
| **Primary Emergency Contact:** | MILAGROS CANALES, MOTHER | **Secondary Emergency** | [POC] |
| | | **Contact:** | [Address] |
| | | **Telephone:** | |
| **Telephone:** | | | |

**Mentor Information:**

**Controlling Sentence Information:**

| Offense(s)/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
| | 150 MONTHS | 3559 PLRA SENTENCE | 5 YEARS |

| Controlling Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status | |
|---|---|---|---|---|---|
| 06-29-2012 | 2 YEARS 10 MONTHS 17 DAYS / 339 / 0 | 564 / 0 / 0 | 0 / 0 / 27 | **Hearing Date:** | NOT ENTERED |
| | | | | **Hearing Type:** | |
| | | | | **Last USPC Action:** | |

**Detainers:**    N

**Special Parole Term: NOT ENTERED**
**Pending Charges:**    None known
**Cim Status:**    Y                                **Cim Reconciled:**    Y

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT USDC | $100.00 | $0.00 | 11 CR.676-01 | FINANC RESP-COMPLETED $25.00 QUARTERLY |

| | | | |
|---|---|---|---|
| **Financial Plan** | | **Comm Dep-6 mos:** | $1810.00 |
| **Active:** | Y | **Commissary** | |
| **Financial Plan Date:** | 05-29-2013 | **Balance:** | $611.68 |

**Payments**

| | |
|---|---|
| **Commensurate:** | Y |
| **Missed:** | N |

**Judicial Recommendations:**    Any in NY / RDAP / None.

**Special Conditions of Supervision:**    Refer To Judgement & Comittment Order.

Department of Justice

**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons

**PROGRAM REVIEW: 06-10-2014**

| USPO Sentencing: | Michael Fitzpatrick, Chief<br>New York Southern Probation Office<br>Daniel Patrick Moynihan United States Courthouse<br>500 Pearl Street Room<br>New York, NY 10007-1312 | USPO Relocation: | [POC]<br>[District]<br>[Street Address/Suite]<br>[City], [State] [Zip] |
|---|---|---|---|
| Phone/Fax: | 212-805-0040 / 212-805-0047 | Phone/Fax: | [Phone] / [Fax] |

| Subject to 18 U.S.C. 4042(B) Notification:<br>• Conviction for a drug trafficking crime (federal) | Y | DNA Required:<br>Treaty Transfer Case: | Y - 07-28-2011<br>N |
|---|---|---|---|

Profile Comments:

### EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| DAN | GED EN | ENROLL GED NON-PROMOTABLE | 08-10-2012 | CURRENT |
| DAN | ESL HAS | ENGLISH PROFICIENT | 08-10-2012 | CURRENT |

### COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| PRE-GED 9-11 CLASS 3 | 05-21-2014 | 262 |
| SPANISH STEP FOR PARENTING | 11-07-2013 | 16 |
| (A)KEYBOARDING-CAI | 10-22-2012 | 25 |
| (L) SPANISH LEVEL 1-CAI | 10-22-2012 | 20 |
| (V) RESUME SKILLS-CAI | 10-01-2012 | 10 |
| (A)INTERNET FIREFOX-CAI | 10-01-2012 | 20 |
| (D) PERSONAL FINANCIAL-CAI | 10-01-2012 | 10 |
| COMMERCIAL DRIVERS LICENSE | 09-25-2012 | 12 |

### HIGH TEST SCORES

| Test | Subtest | Score | Test Date | Test Facl | Form | State |
|---|---|---|---|---|---|---|
| TABE D | READING | 0.70 | 06-05-2014 | DAN | 09 | |
| TABE D | LANGUAGE | 1.10 | 06-05-2014 | DAN | 09 | |
| TABE D | MATH COMP | 1.20 | 06-05-2014 | DAN | 09 | |
| TABE D | MATH APPL | 1.70 | 06-05-2014 | DAN | 09 | |
| TABE E | MATH APPL | 5.90 | 09-06-2012 | MCD | 9 | |
| TABE E | MATH COMP | 5.40 | 09-06-2012 | MCD | 9 | |
| TABE E | LANGUAGE | 2.30 | 09-06-2012 | MCD | 9 | |
| TABE E | BATTERY | 4.40 | 09-06-2012 | MCD | 9 | |
| TABE M | READING | 6.10 | 09-06-2012 | MCD | 9 | |

### WORK DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|

Name: **CANALES, ISMAEL**                                                  RegNo: **65473-054**

| DAN | CUL WRK | CULINARY ARTS WORKERS | 05-30-2014 | CURRENT |
|-----|---------|------------------------|------------|---------|

### WORK HISTORY

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|----------|------------|----------------------------|------------|-----------|
| OTV | WK POOL PM | WORK POOL - 12:00 4:00 | 11-16-2013 | 05-21-2014 |

### DISCIPLINE HISTORY

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|-----------|--------------|------------|------------------------------|----------|

Inmate has no disciplinary history items in this area

### MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|------------|-------------|------------|-----------|
| DAN | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-21-2014 | CURRENT |

### MOVEMENT HISTORY

| Facility | Assignment | Start Date | Stop Date |
|----------|------------|------------|-----------|
| OTV | DESIGNATED, AT ASSIGNED FACIL | 05-02-2013 | 05-21-2014 |

### CASE MANAGEMENT ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|------------|-------------|------------|-----------|
| DAN | RPP NEEDS | RELEASE PREP PGM NEEDS | 07-09-2020 | CURRENT |
| DAN | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 08-22-2012 | CURRENT |

### MEDICAL DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|------------|-------------|------------|-----------|
| DAN | YES F/S | CLEARED FOR FOOD SERVICE | 05-29-2014 | CURRENT |
| DAN | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-29-2014 | CURRENT |
| DAN | NO PAPER | NO PAPER MEDICAL RECORD | 07-28-2011 | CURRENT |

Department of Justice

**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons

**PROGRAM REVIEW: 06-10-2014**

## ACADEMIC      *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✔ | **INTELLECTUAL FUNCTIONING**<br>⊕ no intellectual deficits<br>① has NOT attended special education classes |
| ❗ | **LITERACY**<br>⊖ education level is 9th-10th grade<br>    TABE Results:<br>    Test Level: D<br>    Form Number: 9<br>    Language: 2.3<br>    Reading: 6.1<br>    Math: 5.6 |
| ✔ | **LANGUAGE**<br>⊕ fluent in English as primary language |
| ❗ | **COMPUTER SKILLS**<br>⊖ lacks keyboarding skills<br>⊖ lacks word processing skills<br>⊖ lacks internet navigation skills |

| Progress and Goals |
|---|

**Previous TEAM 05-14-2014**

CSW- continue with the GED program and take Pre GED this summer.

**Current TEAM**

P: (Transfer) GED EN/ESL HAS; previous records reflect he was enrolled in pre-GED classes. GED progress: Satisfactory.

G: Recommend he re-enroll in the GED literacy program (A.S.A.P.) and work toward obtaining his GED certificate. Target Date: 06-16-2014.

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ❗ | **EMPLOYMENT HISTORY**<br>① unemployed at time of arrest<br>⊖ no consistent history of employment 5 years prior to incarceration<br>① unemployed majority of adult life or no significant periods of employment |
| ❗ | **CAREER DEVELOPMENT**<br>⊖ does not possess significant expertise in field<br><br>⊖ no realistic career/job goals upon release |
| ✔ | **INSTITUTION WORK HISTORY**<br>⊕ has a consistent institution work history<br>    Eval: 01-31-2013 Good<br>    Eval: 12-31-2012 Good<br>    Eval: 11-30-2012 Good |

Name: **CANALES, ISMAEL**                                              RegNo: **65473-054**

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

|  | Eval: 10-31-2012 Good<br>Eval: 09-28-2012 Good<br>Eval: 08-29-2012 Good |
|---|---|
|  | **POST INCARCERATION EMPLOYMENT**<br>⊖ post-incarceration employment not secured<br>ⓘ other: RELEASES IN 2022. WILL REVIEW WITHIN A YEAR OF RELEASE.<br><br>⊖ no release documents obtained to date |

| **Progress and Goals** |
|---|

**Previous TEAM 05-14-2014**

Remains assigned to the work pool, however I do not believe he is working.  Due to some changes here, he is not required to work if attending school.  Earn GED and consider a vocational program to learn a marketable trade prior to release.

**Current TEAM**

P: Does not meet the prerequisite for enrollment in the VT or Apprenticeship program.

G: Recommend he earn his GED credential to meet the prerequisite for VT/Apprenticeship programming.

## INTERPERSONAL        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ❗ | **RELATIONSHIPS**<br>⊕ no adverse life experiences<br><br>⊖ negative peer influences prior to incarceration<br>ⓘ criminal associates |
| ❗ | **FAMILY TIES/SUPPORT SYSTEM**<br>⊖ insufficient expected support to warrant positive Family Ties and Support System<br>Immediate Family: Financial<br>Immediate Family: Emotional<br>Immediate Family: General |
| ❗ | **PARENTAL RESPONSIBILITY**<br>⊖ children under the age of 21<br>ⓘ contact maintained with children<br>ⓘ contact with other parent<br><br>⊖ inconsistent financial support for some or all children<br><br>ⓘ RRC (MINT) Placement is not applicable |
| ✔ | **COMMUNICATION**<br>⊕ displays good communication skills |

Department of Justice                                                 Federal Bureau of Prisons
## INMATE SKILLS DEVELOPMENT PLAN           PROGRAM REVIEW: 06-10-2014

**INTERPERSONAL**      *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|
| **Previous TEAM 05-14-2014**<br><br>Maintains appropriate rapport with staff and keeps in contact with family and friends- goal met. Continue positive relationships with community ties through next review.<br><br>**Current TEAM**<br><br>G. Maintain good communication skills to next team in 12-2014. |

**WELLNESS**      *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⊘ | **HEALTH PROMO/DISEASE PREVENT**<br>⊖ overweight<br>⊕ height 5 ft. 1 in.<br>⊕ weight (lbs) 178<br>⊕ BMI Score 33.6<br>⊕ date calculated 11-04-2013<br><br>⊖ no regular exercise<br><br>⊕ no evidence of behaviors associated with increased risk of infectious disease<br><br>⊕ does not use tobacco (cigarettes, cigars, and/or smokeless tobacco)<br><br>⊖ did not have a primary care provider or clinic (prior to incarceration)<br>⊖ does not have health insurance coverage upon release |
| ✓ | **DISEASE/ILLNESS MANAGEMENT**<br>⊕ complies with treatment recommendations and/or takes medications as prescribed, or none required<br><br>⊕ healthy - No current health concerns<br>⊕ no dental problems<br>⊕ no non-routine services/assistance devices needed |
| ✓ | **TRANSITIONAL PLAN**<br>⊕ does not require medication upon release from custody<br>⊕ does not require on-going treatment or follow-up after release from custody<br>⊕ TB Clearance Complete - See Exit Summary<br>⊕ health Services recommends for RRC placement |
| ⊘ | **GOVERNMENT ASSISTANCE**<br>⊕ has not previously received Social Security assistance<br>⊕ inmate indicates he/she may not be eligible for Social Security assistance after release<br><br>⊕ has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard<br>⊕ spouse or a parent has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard |

| Progress and Goals |
|---|
| **Previous TEAM 05-14-2014**<br><br>**Current TEAM** |

Name: **CANALES, ISMAEL**                                              RegNo: **65473-054**

## MENTAL HEALTH        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⊘ | **SUBSTANCE ABUSE MANAGEMENT**<br>ⓘ no evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest<br><br>ⓘ history of substance abuse treatment not applicable<br>ⓘ not currently participating in substance abuse treatment |
| ✓ | **MENTAL ILLNESS MANAGEMENT**<br>ⓘ no history of mental health diagnosis prior to incarceration<br><br>ⓘ no mental health diagnosis during incarceration<br><br>ⓘ no history of serious suicidal ideation or attempts |
| ✓ | **TRANSITIONAL PLAN**<br>⊕ no medication required upon release from custody<br>⊕ does not require on-going treatment after release from custody<br>⊕ psychology services recommends RRC placement |
| | **Progress and Goals** |
| | **Previous TEAM 05-14-2014**<br><br>**Current TEAM**<br><br>No change in status. GOAL: Contact Psychology Services as needed. |

## COGNITIVE              *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ❗ | **GENERAL BEHAVIOR**<br>⊖ evidence of behavioral problems as a juvenile<br>ⓘ truancy<br>ⓘ other: DROPPED OUT OF HS<br><br>⊖ evidence of behavioral problems as an adult<br>ⓘ fighting<br>ⓘ 200 series incident reports |
| ❗ | **CRIMINAL BEHAVIOR**<br>⊕ no onset of criminal behavior before the age of 14<br>⊖ criminal versatility: convictions in 3 or more categories<br>⊕ no significant history of violence: Less than 2 violent convictions |
| | **Progress and Goals** |
| | **Previous TEAM 05-14-2014**<br><br>Completed Parenting and Victim Impact (5wk) last fall but has not completed any additional classes to date.  Is pending transfer- at new institution enroll in and complete self help programs!!<br>**Current TEAM**<br><br>G. Maintain clear conduct to next team in 12-2014. |



Department of Justice
# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
## PROGRAM REVIEW: 06-10-2014

## CHARACTER       *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ❗ | **PERSONAL CHARACTER**<br>⊖ insufficient variety of behaviors to warrant overall positive personal character<br>⊕ evidence of spirituality<br>    talks to a friend or mentor about spiritual/religious issues: Sometimes<br>    active participation in a faith group: Sometimes<br>    connected to outside spiritual/religious community: Always<br>    examines actions to see if they reflect values: Never<br>    finds meaning in times of hardship: Sometimes<br>ⓘ religious assignment: CATHOLIC<br><br>⊕ no evidence easily influenced by other |
| ❗ | **PERSONAL RESPONSIBILITY**<br>ⓘ reports responsibility for current incarceration as:<br>⊕ self (sole responsibility)<br><br>⊖ no efforts to make amends for their crime(s) |
| | **Progress and Goals** |
| | **Previous TEAM 05-14-2014**<br><br>Rec'd $1070/6 months, down from $1810 in the previous 6 month period.  Goal not met- has not saved any money towards release, as advised.  Save at least $10/month in the Pre Release account in Trust Fund.  Save $60 by next review.<br><br>**Current TEAM**<br><br>Completed financial obligation. |

## LEISURE       *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ❗ | **USE OF LEISURE TIME**<br>⊖ insufficient variety of activities to warrant overall positive use of leisure Time<br>⊕ sports/exercise |
| | **Progress and Goals** |
| | **Previous TEAM 05-14-2014**<br><br>Currently exercises and lifts weights on his own daily. Recommend also participating in a Leisure Program such as Beading or Music class by next review November 2014.<br><br>**Current TEAM** |

Name: **CANALES, ISMAEL**                                      RegNo: **65473-054**

## DAILY LIVING        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| (!) | **FINANCIAL MANAGEMENT**<br>⊖ no knowledge in maintaining checking account<br>⊖ no knowledge in maintaining savings account<br>⊖ no knowledge in utilizing an ATM debit card<br>⊖ no knowledge in obtaining loans?<br>⊖ no positive credit history<br>⊖ did not live within financial means<br>⊖ does not pay monthly bills on time |
| (!) | **FOOD MANAGEMENT**<br>⊖ does not possess grocery shopping/consumer skills<br>⊖ does not make good nutritional choices to maintain health<br>⊖ does not possess basic food preparation skills<br>⊖ no knowledge in accessing community resources to obtain food |
| (✓) | **PERSONAL HYGIENE/SANITATION**<br>⊕ good personal hygiene and sanitation<br>ⓘ quarters assignment: HOUSE E/RANGE 05/BED 512L |
| (!) | **TRANSPORTATION**<br>⊖ does not have valid driver's license<br>ⓘ Outstanding motor vehicle violations<br><br>⊖ does not own personal vehicle with appropriate insurance<br>⊖ does not possess public transportation skills and/or does not have access to public transportation |
| (!) | **IDENTIFICATION**<br>⊖ does not have photo identification<br>⊖ does not have birth certificate<br>⊕ has social security card |
| (?) | **HOUSING**<br>⊖ no established housing year prior to incarceration<br>⊖ history of unstable housing (multiple addresses) |
| (?) | **RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT** |
| (✓) | **FAMILY CARE**<br>⊕ not responsible for obtaining child care for any dependent children upon release<br>⊕ not responsible for obtaining elder care for any dependent(s) upon release<br>⊕ not responsible for obtaining any other special services for dependents upon release |

| Progress and Goals |
|---|
| **Previous TEAM 05-14-2014**<br><br>Is pending transfer. No recommendations at this time.<br>**Current TEAM**<br><br>No classes to recommend at this time. |