Ismael Canales                                                                                         61911 – MO
Docket Number: 11-CR-676-01



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☐   Permission to travel to Dominican Republic and all future international travel is at the discretion of the U.S. Probation Department. **Approved.**

☑   Permission to travel to Dominican Republic and the Court requires notification for all future international travel. **Approved.**

☐   Permission to travel to Dominican Republic. **Denied**

☐   Other:

_____
Honorable Richard J. Sullivan

_____3/10/21_____
Date

NY 201(a)