# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 29, 2021

**BY ECF and EMAIL**

Honorable Richard J. Sullivan
United States Circuit Judge
Second Circuit Court of Appeals
40 Foley Square
NY, NY 10007

```
IT IS HEREBY ORDERED that Supervisee's travel request
is GRANTED.  Supervisee shall provide his supervising
Probation Officer with the details of his trip at
least seven days prior to travel and shall report as
directed by his Probation Officer during the period
that he is away.
                      SO ORDERED: _____
                      Dated: 12/01/21     RICHARD J. SULLIVAN
                                          U.S.C.J., Sitting by Designation
```

**RE:    United States v. Ismael Canales**, 11 Cr. 676 (RJS)

Dear Judge Sullivan:

     I write on behalf of my client Ismael Canales to request permission for him to travel to the Dominican Republic with family over the New Year holiday.  He and his fiance plan to view potential venues for their wedding and visit with family.

     Mr. Canales has been fully compliant with the terms of his supervision.  He is being supervised in the Eastern District of New York.  His probation officer, Ivette Farfan, agrees that Mr. Canales has been doing very well on supervision and has "no concerns or or reservations" about him traveling to the Dominican Republic. Mr. Canales will provide her with the details of his trip and will comply with any reporting instructions she gives him.

     Thank you for your time and attention to this matter.

Respectfully Submitted,

/s/
Peggy Cross-Goldenberg
Assistant Federal Defender
646-588-8323

Cc:    USPO Ivette Farfan (via email)
       AUSAs Sarah Kushner and Andrew Jones (via ECF and email)