UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

ISMAEL CANALES,

                Supervisee.

No. 11-cr-676-1 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Supervisee's November 3, 2022 letter motion for early termination of his term of supervised release. (*See* Doc. No. 336.) The letter indicates that the government "consents to the early termination of Mr. Canales's supervised release." (*Id.* at 1.) IT IS HEREBY ORDERED THAT the government shall file a response to Supervisee's letter motion, more fully setting forth its position on the appropriateness of early termination, by no later than 5:00 p.m. on Monday, November 14, 2022.

SO ORDERED.

Dated:       November 7, 2022
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation