UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ISMAEL CANALES,

Supervisee.

No. 11-cr-676-1 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Supervisee's November 3, 2022 letter seeking early termination of his term of supervised release (Doc. No. 336) and the government's November 13, 2022 response to that request (Doc. No. 338). IT IS HEREBY ORDERED THAT the parties shall appear before the Court for a conference on November 30, 2022 at 11:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:   November 16, 2022
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation