UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

ISMAEL CANALES,

                    Supervisee.

No. 11-cr-676-1 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    For the reasons stated on the record at the conference held this morning, IT IS HEREBY ORDERED THAT Supervisee's motion for early termination of supervised release is granted. The Court extends its best wishes to Mr. Canales and his family.

SO ORDERED.

Dated:    November 30, 2022
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation